J. Bryan Quesenberry (OSB 230218)
2750 SW Coast Ave.
Lincoln City, OR 97367
801-473-9951
jbq.esq@gmail.com
*Counsel for Plaintiff/Relator*

---

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel</u>. AIDAN FORSYTH,<br><br>    Plaintiff/Relator,<br><br>vs.<br><br>LUAY KHAMIS ALJAMAL; CEILING PRO OF OREGON, INC.; CONCORDE DEVELOPMENT COMPANY; CONCORDE, LLC; DB TALAK LLC; ETH ENTERPRISES LLC; HALEEB INVESTMENT LLC; KAZIRAH LLC; LTKM LLC; SABER INVESTMENTS LLC; SIAM INVESTMENTS LLC; SPARIUM LLC; THE BATH CLUB, INC.; TRUST COFFEE INC.; and AJA ASSOCIATIONS LLC,<br><br>    Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>Civil Action No. 3:23-cv-679-AR |

    Pursuant to Fed. R. Civ. P. Rule 41(a) and the qui tam provisions of the False Claims Act 31 U.S.C. § 3730(b)(1), *et. seq*., Relator respectfully informs the Court that he is voluntarily dismissing this matter without prejudice to Relator and without prejudice to the United States of America. The Defendants have not been served, filed an answer, or filed a motion.

Dated: 1/22/2025        Respectfully submitted,


                */s/ J. Bryan Quesenberry*
                Bryan Quesenberry
                *Counsel for Relator*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, I caused a true and correct copy of the **Notice of Voluntary Dismissal** to be served via email on the following parties:

Alexis Lien
alexis.lien@usdoj.gov

                                            /s/ *Bryan Quesenberry*
                                            Bryan Quesenberry