NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ALEXIS A. LIEN, OSB #110569**
Assistant United States Attorney
Alexis.Lien@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000

*Counsel for Plaintiff the United States of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **AIDAN FORSYTH,**<br><br>**Plaintiff-Relator,**<br><br>v.<br><br>**LUAY KHAMIS ALJAMAL; CEILING PRO OF OREGON, INC.; CONCORDE DEVELOPMENT COMPANY; CONCORDE, LLC; DB TALAK LLC; ETH ENTERPRISES LLC; HALEEB INVESTMENT LLC; KAZIRAH LLC; LTKM LLC; SABER INVESTMENTS LLC; SIAM INVESTMENTS LLC; SPARIUM LLC; THE BATH CLUB, INC.; TRUST COFFEE INC.; AND AJA ASSOCIATIONS LLC,**<br><br>**Defendants.** | Case No.: 3:23-cv-00679-AR<br><br>**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL** |

On January 22, 2025, Relator Aidan Forsyth filed a Notice of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: January 23, 2025.                 Respectfully submitted,

                                         NATALIE K. WIGHT
                                         United States Attorney


                                         */s/ Alexis A. Lien*
                                         **ALEXIS A. LIEN, OSB #110569**
                                         Assistant United States Attorney